UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT C. TAYLOR,

    Plaintiff,

v.

UNIVERSITY OF MICHIGAN,

    Defendant.
                                    /

Case No. 17-11473

Honorable Nancy G. Edmunds

## **ORDER AND OPINION ACCEPTING THE MAGISTRATE JUDGE'S FEBRUARY 23, 2018 REPORT AND RECOMMENDATION [19]**

Currently before the Court is the Magistrate Judge's February 23, 2018 Report and Recommendation. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the Magistrate Judge's recommendation. The Court therefore ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation (Dkt. # 19).

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (Dkt. # 9) is GRANTED. IT IS FURTHER ORDERED that Plaintiff's Motion to Amend the Complaint (Dkt. # 15) is GRANTED IN PART as to the addition of Count III only, and DENIED IN PART as to all other counts. **Amended Complaint to be filed on or before March 30, 2018.**

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: March 14, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 14, 2018, by electronic and/or ordinary mail.

s/ Lisa C. Bartlett
Case Manager