**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ROBERT TAYLOR,

    Plaintiff,

v.

UNIVERSITY OF MICHIGAN,

    Defendant.

_____/

Case No. 2:17-CV-11473

Honorable Nancy G. Edmunds

**ORDER ACCEPTING THE MAGISTRATE JUDGE'S
DECEMBER 03, 2018 REPORT AND RECOMMENDATION [ 39 ]**

Pending before the Court is the magistrate judge's December 3, 2018 report and recommendation (ECF No. 39). The magistrate judge recommends that the Court deny Defendant's motion to dismiss (ECF No. 30). The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party filed objections to the magistrate judge's report and recommendation. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation and **DENIES** Defendant's motion to dismiss.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: April 18, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 18, 2019, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager